IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH A. BEATTY,
an individual,

    Plaintiff,

v.        CASE NO.: 1:10cv145-SPM/GRJ

WINDHAM PROFESSIONALS, INC.,
a Massachusetts corporation,

    Defendant.
_____/

## **ORDER OF DISMISSAL**

This cause comes before the Court on the parties' Joint Notice of Voluntary Dismissal With Prejudice (doc. 22). In accordance with Federal Rule of Civil Procedure 41(a)(2) this case is dismissed with prejudice.

SO ORDERED this 19th day of January, 2011.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge